McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
OCT 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

PAUL MOBERG,

          Defendant.

CASE NO. 2:19-CR-187 KJM

18 U.S.C. § 1029(a)(3) – Possession of 15 or More Unauthorized Access Devices

# INFORMATION

The United States Attorney charges: THAT

PAUL MOBERG,

defendant herein, on or about March 15, 2017, in the State and Eastern District of California, did knowingly and with intent to defraud possess at least 15 unauthorized access devices, such conduct having an effect on interstate commerce, that is, PAUL MOBERG possessed approximately 112 magnetic strips encoded with stolen account numbers some of which belonged to individuals outside the State of California, in violation of Title 18, United States Code, Section 1029(a)(3).

Dated: 10/29/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

INFORMATION          1

## United States v. Moberg
**Penalties for Information**

**Defendant**
**PAUL MOBERG**

### COUNT 1:

VIOLATION:   18 U.S.C. § 1029(a)(3) – Possession of 15 or more unauthorized access devices

PENALTIES:   Up to 10 years' imprisonment, or fine up to $250,000, or both;
Up to 3 years' supervised release;
Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)