1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   PAUL MOBERG
7

8                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )  Case No. 2:19-cr-00187-KJM
                                     )
11            Plaintiff,             )  **STIPULATION AND ORDER**
                                     )  **TO VACATE RESTITUTION HEARING**
12  vs.                              )  **AND ENTER ORDER RE RESTITUTION**
                                     )
13  PAUL MOBERG,                     )  Date:  December 5, 2022
                                     )  Time:  9:30 a.m.
14            Defendant.             )  Judge: Hon. John A. Mendez
                                     )
15                                   )
16  _____ )

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Matthew Thuesen, Attorneys for Plaintiff and Heather Williams, Federal

19  Defender, through Assistant Federal Defender Mia Crager, Attorneys for Defendant Paul

20  Moberg, **that the Restitution hearing scheduled for December 5, 2022 may be vacated and**

21  **an order of restitution in the amount of $4,569.35 may be entered as to Paul Moberg.**

22        The Court sentenced Mr. Moberg on October 5, 2022.  At that time there was no

23  restitution attachment to the PSR and no restitution request on file from victim The Home Depot.

24  The Court therefore deferred the issue of restitution to a later hearing, schedule for December 5,

25  2022.

26        The parties have since conferred and clarified that the victim has made a request and the

27  total amount of restitution should be $4,569.35, because this amount represents the actual loss

28

1   based on the redeemed gift cards in Mr. Moberg's possession.  In discussing the requested

2   restitution, the parties noticed an error in the Offense Conduct section of the PSR.  *See* PSR ¶ 7.

3   Paragraph 7 currently states that "Over 60 of the magnetic strips had available funds.  *Moberg*

4   *had used approximately 50 more of the magnetic strips to purchase items, totaling $6,333.43.*"

5   The parties agree that paragraph 7 should say: "Over 60 of the magnetic strips had available

6   funds. *The total amount of the available funds was $6,333.43.  Moberg had already used or*

7   *redeemed 50 of the magnetic strips to purchase items totaling $4,569.35.*"

8          Both parties failed to notice this error earlier, and now jointly request that paragraph 7 be

9   modified if necessary, or that in the alternative the Court find, pursuant to this stipulation, that

10  the *actual* loss to The Home Depot was $4,569.35.

11         Based on this stipulation, the parties do not believe any further restitution hearing is

12  required and jointly request that the Court enter an order of restitution of $4,569.35, to be

13  payable at a rate of at least $100 per month with interest waived.  The restitution should be sent

14  to:

15  The Home Depot
    Attn: Rachel Britton – Corporate Security
16  3074 Chastain Meadows Parkway
    Marietta, GA 30066
17  Phone: 678-797-8037, ext. 52937

18                                          Respectfully submitted,
                                            HEATHER E. WILLIAMS
19                                          Federal Defender

20  Date: October 7, 2022                   */s/  Mia Crager*
21                                          MIA CRAGER
                                            Assistant Federal Defender
22                                          Attorney for Defendant
                                            PAUL MOBERG
23

24  Date: October 7, 2022                   PHILLIP A. TALBERT
                                            United States Attorney
25

26                                          */s/ Matthew Thuesen*
                                            MATTHEW THUESEN
27                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
28

1

**<u>ORDER</u>**

2       The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in issuing this order. The December 5, 2022

4 Restitution hearing shall be vacated and restitution in the amount of $4,569.35 is hereby ordered,

5 to be paid at a rate of at least $100.00 per month. Interest is waived. Restitution should be sent to

6 the Clerk of the Court, who shall forward payments to the identified victim in this case at the

7 address provided below:

8                                The Home Depot
                        Attn: Rachel Britton – Corporate Security
9                          3074 Chastain Meadows Parkway
                               Marietta, GA 30066
10

11 **IT IS SO ORDERED.**

12

13 Dated:  October 12, 2022.

14                                        _____

15                                        CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28